```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA                                       :
:
        -v-                                                    :         25-CR-534 (JAV)-1
:
HIBERTO LEAL,                                                  :         ORDER
:
                Defendant(s).                                  :
:
-------------------------------------------------------------- X

KATHARINE H. PARKER, United States Magistrate Judge:

The government's request to stay Defendant's release from detention on the bail terms set on November 20, 2025 by this Court is GRANTED.

When setting bail conditions, this Court relied heavily on representations that Defendant would be living at home under home incarceration with his mother and daughter and that his mother would serve as a third-party custodian. The new information provided by the government raises serious concerns that the conditions set by the Court yesterday are not sufficient to reasonably assure the safety of any other person and the community and has a material bearing on the issue of whether there are any conditions of release that will reasonably assure the safety of any other person and the community.

Accordingly, pursuant to its authority under 18 U.S.C. § 3142(f), the Court is reopening the bail hearing so that counsel for the government and Defendant may make further arguments to the Court.

A hearing is set for Monday November 24, 2025 at 10:30 a.m. in Courtroom 17D.

**SO ORDERED.**

Dated: November 21, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge