UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
UNITED STATES OF AMERICA,                                           :
                                                                    :
                                                                    :          25-CR-0534 (JAV)
            -v-                                                     :
                                                                    :          ORDER
                                                                    :
HIBERTO LEAL,                                                       :
                                                                    :
                        Defendant.                                  :
--------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        The Court adopts the Rule 12 motion schedule proposed by the parties.  Defense motions shall be due by February 9, 2026.  The Government's response shall be due by March 2, 2026. Reply papers shall be due March 16, 2026.

        The Government has requested a trial date of May 5, 2026.  The Court is unavailable on that date.  The parties should confer and submit a joint letter by **February 10, 2026**, setting forth (1) the anticipated length of any trial, and (2) at least three potential dates between June 2026 and October 2026 (excluding July 13-31, 2026), for the commencement of trial.

        The Clerk of Court is directed to terminate ECF No. 24.


        SO ORDERED.

Dated: February 3, 2026                 _____
        New York, New York                  JEANNETTE A. VARGAS
                                            United States District Judge