# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 24, 2026

***Via ECF***
Honorable Jeannette A. Vargas
United States District Judge

Honorable Katherine H. Parker
United States Magistrate Judge

Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:    ***United States v. Hiberto Leal***,
       **25 Cr. 534 (JAV)**

Dear Judge Vargas and Judge Parker,

We respectfully write to request approval for Mr. Leal to leave Odyssey House from 6pm to 11pm this Saturday, February 28, to attend his daughter's Sweet Sixteen birthday party at the MME Banquet Hall at 868 East 180th Street in the Bronx. The invitation for the party is enclosed to this letter as Attachment A.

As reflected in the status report Pretrial Services Officer Jazzlyn Harris submitted to the Court on February 23, Mr. Leal has successfully completed 30 days in Odyssey House's intensive inpatient treatment program, and Odyssey House's Program Director reports that he is "doing well" in the program. Because he has successfully completed 30 days in the program, Odyssey House will now, pursuant to its internal policies, grant him passes to leave the facility for designated events and activities, so long as there is a court order permitting him to attend. We accordingly seek an order from the Court permitting Mr. Leal to leave the facility to attend his daughter's birthday party, an important family event that Mr. Leal is eager not to miss.

Should the Court approve this request, undersigned counsel will coordinate with Officer Harris and Odyssey House staff regarding the logistics of

Mr. Leal attending the party, which would involve his sister Anissalyn Leal, who is a co-signer to his bond, escorting him to and from the event.

We have conferred with Officer Harris and with counsel for the government, neither of whom objects to this request.

We thank the Court for considering this application.

Respectfully submitted,

*/s/Madeline Silva*
Andrew J. Dalack
Madeline M. Silva

Counsel for Hiberto Leal
Federal Defenders of New York

Cc:    Counsel of record (via ECF)


Defendant's request is GRANTED.  Travel to Defendant's daughter's Sweet 16 Party is permitted, with logistical assistance from Officer Harris.

The Clerk of Court is directed to terminate ECF No. 30.

Dated:    February 26, 2026          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE
                                     SITTING IN PART I

