# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 20, 2026

> **APPLICATION GRANTED:** Pretrial Services is directed that Mr. Leal is to be discharged today **March 20, 2026 (day 58).**
>
> **APPLICATION GRANTED**
>
> *Katharine H Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
> **03/20/2026**

*Via Email & ECF*
Honorable Jeannette A. Vargas
United States District Judge

Honorable Katherine H. Parker
United States Magistrate Judge

Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *United States v. Hiberto Leal*,
       **25 Cr. 534 (JAV)**

Dear Judge Vargas and Judge Parker,

On January 20, 2026, the Court ordered that Hiberto Leal, who was then detained at Hudson County Correctional Center, be released to an inpatient treatment program at Odyssey House for 60 days, after which he would be released to home detention with electronic monitoring.  *See* ECF No. 21.  The Court further ordered that Pretrial Services provide updates to the Court regarding Mr. Leal's performance in the program after 30 days in the program and again 7 days prior to his release to home detention.  Mr. Leal was released to Odyssey House the following morning and has successfully completed nearly 60 days of inpatient treatment through that program.

Mr. Leal's 60th day in Odyssey House falls on or about Sunday, March 22, 2026.  In preparing for Mr. Leal's discharge date, the defense and Pretrial Services both contemplated that Mr. Leal would be discharged today, Friday, March 20, so that he could come to the courthouse and pick up his location monitoring equipment before going home.  Both Pretrial Services and defense counsel told Mr. Leal to prepare for a March 20 discharge.  To more easily facilitate Mr. Leal's trip to the courthouse and ride home, Mr. Leal's family also made arrangements to pick him up from Odyssey House today.

Yesterday, however, it became apparent that Pretrial Services could not agree to a discharge before Sunday, March 22, without Court authorization because it would technically result in Mr. Leal's discharge on day 58. Instead, absent Court approval, the defense was informed that Mr. Leal would have to wait until Monday to be discharged.

The defense is grateful for all the time and careful attention Pretrial Services has devoted to Mr. Leal and his successful completion of inpatient treatment. This includes closely coordinating with defense counsel about Mr. Leal's seamless transition to outpatient treatment and participation in job training and employment programming—opportunities Mr. Leal enthusiastically embraces.  In troubleshooting the present situation, and to avoid a result where Mr. Leal must spend more time at Odyssey than the Court ordered, defense proposed an alternative to Pretrial Services: that Mr. Leal be permitted to leave Odyssey House on Sunday, March 22, 2026, and immediately report to his mother's home and remain there until coming to the courthouse the next morning, Monday, March 23, to receive the location monitoring equipment. Pretrial Services indicated that it took no position.

Accordingly, given Mr. Leal's successful completion of inpatient treatment, the existing preparations for his discharge, and to prevent his overstaying at Odyssey House, the defense respectfully requests that the Court allow Mr. Leal to be discharged on Sunday, March 22, on the condition that he immediately report to his mother's home and stay there until coming to the courthouse the next day to meet with Pretrial Services.

Respectfully submitted,

*/s/Madeline Silva*
Andrew J. Dalack
Madeline M. Silva

Counsel for Hiberto Leal
Federal Defenders of New York

Cc:    Counsel of record (via ECF)