

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 6, 2026

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
New York, New York 10007

**MEMO ENDORSED**

Re:     *United States v. Hiberto Leal*, 25 Cr. 534 (JAV)

Dear Judge Vargas:

The Government writes, on behalf of the parties, in response to the Court's April 29, 2026, order. *See* Doc. No. 36.

Mr. Leal requests that the Court maintain the previously set trial date of September 14, 2026. The Government would be prepared to try this case sooner and, as the Court knows from adjudicating the defendant's motion to suppress, this case involves a very discrete set of facts that can be tried quickly and efficiently. Nonetheless, as an accommodation to the defense, the Government does not object to maintaining the September 14, 2026, trial date.

In anticipation of that trial date, the parties have conferred and jointly propose the following schedule for pretrial filings and disclosures.

- August 10, 2026:

    o The Government's Rule 16 expert disclosures, Rule 404(b) notice, motions in limine, requests to charge, and proposed voir dire are due.

    o The defendant's motions in limine, requests to charge, and proposed voir dire are due.

- August 24, 2026:

    o The Government's response to the defendant's motions in limine is due.

    o The defendant's Rule 16 expert disclosures, *Daubert* motions, and responses to the Government's motions in limine are due.

- September 7, 2026:

    o The Government's response to the defendant's *Daubert* motions and the Government's *Daubert* motions are due.

Hon. Jeannette A. Vargas
May 6, 2026

- o  The Government will disclose to the defendant by this date an initial trial exhibit list, a preliminary witness list, and Jencks' Act material. These lists and disclosures are subject to good faith revision and supplementation.

- September 12, 2026:

  - o  The defendant's response to the Government's *Daubert* motions is due.

  - o  The defendant will disclose to the Government by this date an initial trial exhibit list (including any non-impeachment exhibits to be offered during cross-examination of Government witnesses), a preliminary witness list, and Federal Rule of Criminal Procedure 26.2 material. These lists and disclosures are subject to good faith revision and supplementation.

As of today, 17 days of Speedy Trial Act time have elapsed—the ten-day period from January 30, 2029, to February 9, 2026, and the seven-day period from April 29, 2026, to May 6, 2026. Because the defendant's desired September 14, 2026, trial date is more than 53 days away, the defendant is affirmatively asking the Court to exclude time under the Speedy Trial Act until then. As noted above, while the Government is prepared to try this case sooner, the Government does not object to the defendant's request to maintain the September 14, 2026, trial date and his request, in aid of maintaining that date, to exclude time under the Speedy Trial Act until then.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _Justin Rodriguez_
Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591
justin.rodriguez@usdoj.gov

Cc: Counsel of record (via ECF)

The schedule proposed jointly by the parties is GRANTED. The Government is directed to submit a proposed order regarding the exclusion of time under the Speedy Trial Act, in accordance with this Court's Individual Rules. Defendant shall inform the court of any objection to the the Government's application to exclude time by May 8, 2026. The Clerk of Court is directed to terminate ECF No. 38.

SO ORDERED.

JEANNETTE A. VARGAS
United States District Judge

Dated: May 6, 2026