# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   05/13/2026

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 13, 2026

**Via Email**
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   *United States v. Hiberto Leal*,
25 Cr. 534 (JAV)**

> **APPLICATION GRANTED:** The Bail Hearing in this matter scheduled for <u>Thursday, May 14, 2026, at 11:30 a.m.</u> is hereby converted to a telephonic proceeding. Counsel for the parties are call into Judge Parker's teleconference line at the scheduled time. Please dial (646)-453-4442, conference ID 811 372 937#.  <u>Defense counsel is instructed to have Mr. Leal on the teleconference line for this proceeding.</u>
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> **Hon. Katharine H. Parker, U.S.M.J.**
>
> **05/13/2026**

Dear Judges Vargas and Parker,

We write regarding the bail status conference currently scheduled for tomorrow, May 14, 2026, at 11:30a.m. in the above-captioned case. On Monday, May 11, 2026, Mr. Leal reported to Odyssey House in the Bronx as directed to begin his outpatient drug treatment intake process. The meeting went well. Mr. Leal is scheduled to report back to Odyssey House tomorrow to complete the intake process and set up a schedule.

Given these developments, we respectfully request that the Court convene a telephone conference in lieu of an in-court appearance tomorrow at 11:30a.m. This would also better facilitate Mr. Leal's ability to travel to and from Odyssey House on time. I have conferred with U.S. Pre-Trial Officer Ashley Cosme, who is supervising Mr. Leal, and she does not oppose this application.

We thank the Court for its time and consideration.

Respectfully submitted,

Andrew J. Dalack
Madeline M. Silva

Counsel for Hiberto Leal
Federal Defenders of New York

Cc:    AUSA Justin Rodriguez
       Pre-Trial Services Officer Ashley Cosme

2