USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___06/05/2026

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 4, 2026

***Via Email & ECF***
Honorable Jeannette A. Vargas
United States District Judge

Honorable Katherine H. Parker
United States Magistrate Judge

Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

06/05/2026

Re:    ***United States v. Hiberto Leal,***
    **25 Cr. 534 (JAV)**

Dear Judge Vargas and Judge Parker,

I write with respect to Hiberto Leal's location monitoring and home detention conditions in the above-captioned case.

On Monday, June 2, 2026, I proposed a schedule to Pre-Trial Services for this week so that Mr. Leal could attend outpatient treatment and other approved errands. I proposed the schedule by email to the location monitoring unit because Mr. Leal's assigned Pre-Trial Services officer is presently out of the office. Upon considering the schedule, Pre-Trial Services realized that the location monitoring equipment that has been affixed to Mr. Leal since he completed inpatient treatment was different from the location monitoring equipment that the Court ordered in connection with home detention.

I have discussed the matter with Supervisory Pre-Trial Services Officer Joshua Rothman. Officer Rothman indicated that he would not object to a modification of the home detention condition to allow for Pre-Trial Services to use whatever location monitoring equipment it determines is sufficient to ensure compliance with the home detention condition. Officer Rothman noted that, to date, the equipment presently affixed to Mr. Leal has been adequate to monitor Mr. Leal's compliance with home detention. The Government, by AUSA Justin Rodriguez, defers to Pre-Trial Services

and the Court.

I thank the Court for considering this application.

Respectfully submitted,

Andrew J. Dalack

Counsel for Hiberto Leal
Federal Defenders of New York

Cc:    Counsel of record (via Email & ECF)
       Officer Josh Rothman (via Email & ECF)