Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 4, 2026

***Via CM/ECF***
Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re: *United States v. Hiberto Leal*,**
**25 Cr. 534 (JAV)**

Dear Judge Vargas,

I write to respectfully request that the Court schedule a change-of-plea hearing in the above-captioned case for the week of September 7, 2026. The Government, by AUSA Justin Rodriguez, does not object to this application.

Mr. Leal intends to plead guilty to the single count in the indictment and has received a *Pimentel* letter setting forth the Government's current position with respect to the applicable Guidelines range. In the unlikely event that Mr. Leal changes his mind, the parties have also engaged in productive discussions about factual stipulations that would streamline an (unlikely) trial and resolve any applicable *in limine* motions. Relevant to that, the defense does not believe that it is necessary to file proposed *voir dire* or requests to charge. However, to the extent the Court nevertheless desires to receive those submissions from the parties, the defense requests leave to file them on or before August 21, 2026.

I thank the Court for considering this unopposed application.

Respectfully submitted,

Andrew J. Dalack
Assistant Federal Defender

Counsel for Hiberto Leal

A change of plea hearing shall be held on September 10, 2026, at 2:30pm in Courtroom 11B, United States Courthouse, 500 Pearl Street, New York NY. The trial previously scheduled to commence on September 14, 2026, and the deadlines for the submission of any pretrial filings are adjourned *sine dia*.

SO ORDERED.
Dated: August 5, 2026

JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE

Cc: AUSA Justin Rodriguez