USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/28/2026

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 27, 2026

**APPLICATION GRANTED:** **Bail modification is granted with curfew hours to be set by PTS. A letter updating the Court on Defendant's compliance must be filed be filed by 09/28/2026.**

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**
**08/28/2026**

***Via Email***
Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***United States v. Hiberto Leal*, 25 Cr. 534 (JAV)**

Dear Judge Parker,

I write with respect to Hiberto Leal's location monitoring and home detention conditions in the above-captioned case.

Earlier today, Pre-Trial Services Officer Ashley Cosme issued a positive update regarding Mr. Leal's bail compliance. Specifically, since the teleconference on July 28, 2026, Mr. Leal resumed participation at Samaritan Daytop Village and has attended both individual and group sessions each week. Further, he has tested positive for marijuana only, for which he has a state-issued medical prescription, and has had no police contact. In addition, although Mr. Leal has not requested schedule modifications in connection with FedCap, that is only because he is awaiting a response from FedCap after submitting the requisite paperwork. Notably, Mr. Leal has maintained full compliance with his home detention conditions.

Given these developments and Mr. Leal's continued participation in outpatient substance abuse treatment, I respectfully request that the Court downgrade Mr. Leal from home detention to a curfew, with hours to be fixed by Pre-Trial Services. Officer Cosme has indicated that she consents to this modification, on the condition that she has control over the hours to be set. The Government, by AUSA Justin Rodriguez, defers to Pre-Trial Services.

I thank the Court for considering this application.

Respectfully submitted,

Andrew J. Dalack
Assistant Federal Defender
646-315-1527

Counsel for Hiberto Leal

Cc: Counsel of record (via Email)
Officer Ashley Cosme (via Email)