MEMO ENDORSED

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2026

***Via CM/ECF***
Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Hiberto Leal*, 25 Cr. 534 (JAV)**

The defendant's request for an adjournment of sentencing is granted. The sentencing previously set for January 20, 2027 is adjourned to March 4, 2027 at 11:00 am. Accordingly, defense sentencing submissions are due February 18, 2027; government sentencing submissions are due February 25, 2027.

SO ORDERED.

JEANNETTE A. VARGAS
United States District Judge

Dated: November 13, 2026

Dear Judge Vargas,

I write to respectfully request that the Court adjourn sentencing in the above-captioned case by 30 days and reset all sentencing-related deadlines, including Probation's pre-sentence report disclosure deadlines. The Government, by AUSA Justin Rodriguez, does not object.

Sentencing is currently scheduled for January 20, 2027. I require an adjournment of sentencing because I will begin a trial on January 19, 2027, before Judge Paul A. Engelmayer in *United States v. Shandi Alexander*, 26 Cr. 410 (PAE). Given the *in limine* schedule set by Judge Engelmayer and other trial-related obligations leading up to the start of trial, I require additional time to adequately prepare and be present for Mr. Leal's sentencing proceeding.

Pertinent to this application, Mr. Leal remains in compliance with his pre-trial release conditions. I thank the Court for considering this unopposed application.

Respectfully submitted,

Andrew J. Dalack
Assistant Federal Defender

Counsel for Hiberto Leal

Cc: AUSA Justin Rodriguez
Officer Ashley Cosme (via Email)
Officer Simone Belgrave (via Email)